# United States Court of Appeals
For the Eleventh Circuit

No. 00-13258

District Court Docket No.
97-00042-CV-T-17A

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

Oct 26, 2000

THOMAS K. KAHN
CLERK

AMY ANDRE,

        Plaintiff-Appellant,

versus

BETTY CASTOR, in her official
and individual capacity,
HAROLD NIXON, in his official
and individual capacity,
PAUL A. SHIDELER, in his official
and individual capacity,
HENRIETTA LANGE, in her official
and individual capacity,
HANS RESCH, in his official
and individual capacity, ET AL,

        Defendants-Appellees.

---

Appeal from the United States District Court
for the Middle District of Florida

---

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion, included herein by reference, is entered as the judgment of this Court.

Entered:    October 26, 2000
For the Court:    Thomas K. Kahn, Clerk
By:    McCombs, Elaine

ISSUED AS MANDATE
NOV 3 0 2000
U.S. COURT OF APPEALS
ATLANTA, GA.

[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

OCT 26 2000

THOMAS K. KAHN
CLERK

No. 00-13258
Non-Argument Calendar

D. C. Docket No. 97-00042-CV-T-17A

AMY ANDRE,

            Plaintiff-Appellant,

versus

BETTY CASTOR, in her official and
individual capacity, HAROLD NIXON,
in his official and individual capacity, et al.,

            Defendants-Appellees.

Appeal from the United States District Court
for the Middle District of Florida

(October 26, 2000)

Before COX, DUBINA and CARNES, Circuit Judges.

PER CURIAM:

This is an appeal from the district court's[1] grant of summary judgment to the defendants based on qualified immunity. Appellant also appeals the district court's order granting summary judgment on the remaining causes of action against the defendants in their official capacities on the ground of mootness.

This court reviews a grant of summary judgment *de novo*. *See Korman v. HBC Florida, Inc.*, 182 F.3d 1291, 1293 (11th Cir. 1999). This court also reviews *de novo* a district court's determination that a claim is moot. *See Jews for Jesus, Inc. v. Hillsborough County Aviation Auth.*, 162 F.3d 627, 629 (11th Cir. 1998).

After reviewing the entire record in this case, we affirm the magistrate judge's grant of summary judgment in favor of the defendants based on its well-reasoned orders entered on May 11 and June 12, 2000.

AFFIRMED.[2]



---

[1] The parties consented to have a magistrate judge decide all proceedings in this case. *See* 28 U.S.C. § 636, *et seq.*, and Fed. R. Civ. P. 73.

[2] We deny Andre's motion for costs and attorney's fees on appeal.